In the Matter of HENRY L. SOLIMINI, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— MEMORANDUM BY THE COURT. Order affirmed, without costs. Upon a proper showing petitioner would become entitled to relief pursuant to subdivision 3 of section 87 of the Mental Hygiene Law. (See *People ex rel. Brunson* v. *Johnston*, 15 N Y 2d 647.) Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.